UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO CIVIL DIVISION

CASE NUMBER:

Joshua M. Bissonette,

   Plaintiff,

v.

Blessings on Wheels at Ocean Automotive,
LLC, and Antonio Santiago,

   Defendants.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff Joshua M. Bissonette sues Defendants Blessings on Wheels at Ocean Automotive, LLC, and Antonio Santiago for damages and alleges as follows:

1. Plaintiff Joshua M. Bissonette was a resident and citizen of Holland, Michigan at all material times.

2. Defendant Blessings on Wheels at Ocean Automotive, LLC (hereafter "Blessings on Wheels") is a Florida Corporation whose principal place of business is at 728 Columbus Ave., Melbourne, Florida, which is within this district. Blessings on Wheels is a company that is doing business as an automotive repair shop at all material times including June 18, 2020.

3. At all material times Defendant Antonio Santiago was a corporate manager, officer, and employee of Defendant Blessings on Wheels and worked at the company business at 728 Columbus Ave., Melbourne, Florida. Santiago is a resident and citizen of the State of Florida.

4. This is a claim for the personal injury damages of Plaintiff Bissonette which has a value in excess of $75,000.00.

5. Diversity jurisdiction is proper under 28 U.S.C. § 1332 as the parties are citizens of different states for jurisdictional purposes.

6. Venue is proper pursuant to 28 U.S.C. § 1391 as this is the district where the events giving rise to the plaintiff's claim occurred.

7. On or about June 18, 2020, Plaintiff Bissonette was in Defendant Blessings on Wheel's automotive shop and was going to help move a very heavy (800 to 1000 pound) 80-gallon, air compressor out of Defendant Blessings' shop into a truck. Bissonette was assisting Defendant Antonio Santiago in moving the heavy air compressor. The air compressor was being moved by Defendant Santiago out of the automotive shop by utilizing Blessings' wheeled dolly. The dolly was owned by Defendant Blessings on Wheels or Defendant Antonio Santiago.

8. At the time of Plaintiff's injury the Blessings on Wheels' dolly was being manned by Defendant Santiago, Plaintiff Bissonette, and another person named Xavier Diaz. Xavier Diaz and another person named James Wilson first tried move the dolly but were not able to do so. Diaz and Wilson were not able to move the air compressor due to the excessive size and weight of the machine, and so they stopped attempting to move it.

9. Antonio Santiago noticed that the tires of the dolly did not have sufficient air in them. Santiago filled the tires up with an air compressor at the defendant's shop. At that point Plaintiff Bissonette went to the back of the dolly in an attempt to assist Defendant Santiago in moving the machine. Santiago was directing the attempted move of the

heavy air compressor and was himself located at the front of the Blessing on Wheels' dolly which had the heavy machine sitting on it. Defendant Santiago counted down ("ready one, two, three") before the heavy air compressor was tipped back on its wheels in an attempt to move it. Antonio Santiago then pushed the air compressor backwards towards Plaintiff Bissonette which caused the very heavy machine to fall backwards directly onto Plaintiff Bissonette, pinning him under the machine and dolly.

10. When the heavy dolly and air compressor fell onto Plaintiff Bissonette it pinned him down and caused a serious fracture of his left leg and other ligament injuries. The air compressor was so heavy that it eventually had to be moved and lifted through the use of one of Defendant Blessings' "cherry pickers" or mechanical lifting machines.

## COUNT ONE – NEGLIGENCE OF BLESSINGS ON WHEELS AT OCEAN AUTOMOTIVE, LLC

Plaintiff Bissonette repeats and realleges paragraphs 1 through 10 above and further alleges:

11. Defendant Blessings on Wheels was vicariously liable for the actions of its employee, owner, and officer Antonio Santiago, who was acting in the course and scope of his business of running an automotive repair business at the time of Bissonette's injury.

12. Defendant Blessings on Wheels had the duty to use reasonable care under the circumstances when operating its business to all people who were lawfully on its business premises. This duty to use reasonable care was also owed to business invitee Bissonette who was lawfully on the defendant's business premises and assisting an employee and officer move an air compressor with a piece of Defendant Blessings' equipment (the dolly) at the time of the incident.

13. Defendant, Blessings on Wheels, through the actions and inactions of its officer, employee, and owner Antonio Santiago was negligent and breached its duty to Bissonette by committing the following acts of omission and commission:

    a. By failing to properly assess the danger of moving the heavy air compressor with only two men,

    b. By failing to properly instruct Plaintiff Bissonette on how to use the dolly in question when attempting to help Santiago move the heavy air compressor,

    c. By its employee/owner improperly pushing the heavy air compressor back onto Plaintiff Bissonette without first making sure that there was sufficient manpower or people to be able to handle the excessive weight of the air compressor,

    d. By using the dolly in the first place to move the heavy air compressor rather than utilizing a different type or size of machine to move the heavy air compressor after two men had had already unsuccessfully attempted to move the compressor using the dolly.

14. As a direct and proximate result of the negligence of Blessings on Wheels, its owner, employee, and officer, Antonio Santiago, the Plaintiff Bissonette sustained personal injuries to his left leg and other parts of his body, resulting in pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life and expense of hospitalization, medical and nursing care and treatment, loss of earnings and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff Joshua M. Bissonette sues Defendant Blessings on Wheels at Ocean Automotive for compensatory damages in excess of $75,000.00 plus costs, pre-judgment and post judgment interest. Plaintiff demands a trial by jury.

## COUNT TWO – NEGLIGENCE OF ANTONIO SANTIAGO

Plaintiff Bissonette repeats and realleges paragraphs 1 through 10 above and further alleges:

15. Defendant Antonio Santiago was acting in the course and scope of his business of running an automotive repair business at the time of Plaintiff's injury.

16. Defendant Santiago had the duty to use reasonable care under the circumstances to all people who were lawfully on his business premises when operating his business. This duty to use reasonable care was also owed to business invitee Bissonette who was lawfully on his business premises and assisting Santiago move an air compressor with a piece of Defendant Blessings' equipment (the dolly) at the time he was injured.

17. Defendant Antonio Santiago was negligent and breached his duty to Plaintiff by committing the following acts of omission and commission:

    a. By failing to properly assess the danger of moving the heavy air compressor with only two men,

    b. By failing to properly instruct the Plaintiff Bissonette on how to use the dolly in question when attempting to help Santiago move the heavy air compressor,

    c. By improperly pushing the heavy air compressor back onto Plaintiff Bissonette without making sure that there was sufficient manpower or people to be able to handle the excessive weight of the air compressor that day,

    d. By using the dolly in the first place to move the heavy air compressor rather than utilizing a different type or size of machine to move the heavy air compressor after two men had had already unsuccessfully attempted to move the compressor using the dolly.

18. As a direct and proximate result of the negligence of Antonio Santiago, Plaintiff Bissonette sustained personal injuries to his left leg and other parts of his body, resulting in pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life and expense of hospitalization, medical and nursing care and treatment, loss of earnings and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff Joshua M. Bissonette sues Defendant Antonio Santiago for compensatory damages in excess of $75,000.00 plus costs, pre-judgment and post judgment interest. Plaintiff demands a trial by jury.

/s/ Jacob J. Munch
JACOB J. MUNCH
E-mail: jake@munchandmuch.com
Florida Bar Number 376523
CATHERINE M. SAYLOR
E-mail: casey@munchandmunch.com
Florida Bar Number 115593
MUNCH and MUNCH, P.A.
600 South Magnolia Avenue – Suite 325
Tampa, Florida 33606
Ph: (813) 254-1557 / Fax: (813) 254-5172
*Attorneys for Plaintiff,* Bissonette